# Holland & Knight

31 West 52nd Street Floor 12 | New York, NY 10019 | T 212.751.3001 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

Keith M. Brandofino
+1 212-513-3529
Martin.Seidel@hklaw.com

*So Ordered*
*3-30-23*
*/s/ Alvin K. Hellerstein*

March 29, 2023

**VIA ECF:**
The Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *U.S. Bank, National Association, as Trustee, etc. v. West Mall Office Park*
            Civil Case No. 22-cv-06429-AKH
            **Request for Adjournment of March 31, 2023 Status Conference**

Dear Judge Hellerstein:

    We are counsel to plaintiff U.S. Bank, National Association, as Trustee for the Benefit of the Registered Holders of WFRBS Commercial Mortgage Trust 2013-C16, Commercial Mortgage Pass-Through Certificates, Series 2013-C16, acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of September 1, 2013, in the above-referenced commercial foreclosure action.

    In furtherance of the March 27, 2023 Scheduling Order by Your Honor (Document No. 14), we write with the consent of counsel for the defendant, West Mall Office Park LLC, to request that the status conference, currently scheduled for March 31, 2023 at 10:00 AM, be adjourned for 30 days and rescheduled to ~~April 30, 2023~~ *May 5, 2023* in order for the parties to finalize settlement documents.

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach | Algiers | Bogotá | London | Mexico City | Monterrey

The Honorable Alvin K. Hellerstein
March 29, 2023
Page 2

     We respectfully request that Your Honor approve the Adjournment request on an expedited basis. We thank the Court in advance for its consideration of this matter and are available for any questions the Court may have.

                      Sincerely yours,

                      **HOLLAND & KNIGHT LLP**

                      By: */s/ Keith M. Brandofino*
                           Keith M. Brandofino, Esq.

cc: All parties of record via ECF

527548.00011