# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Keith M. Brandofino
+1 212-751-3171
Keith.Brandofino@hklaw.com

> The conference scheduled for May 3, 2024 is adjourned until May 31, 2024 at 10 a.m.
>
> SO ORDERED
>
> <u>/s/ Alvin K. Hellerstein</u>
> U.S.D.J.
> May 1, 2024

May 1, 2024

<u>*Via ECF*</u>

The Hon. Alvin K. Hellerstein U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *U.S. Bank, National Association, as Trustee, etc. v. West Mall Office Park*
            Civil Case No. 22-cv-06429-AKH
            Request for Adjournment of May 3, 2024 Status Conference

Dear Judge Hellerstein:

      We are counsel to plaintiff U.S. Bank, National Association, as Trustee for the Benefit of the Registered Holders of WFRBS Commercial Mortgage Trust 2013-C16, Commercial Mortgage Pass-Through Certificates, Series 2013-C16, acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of September 1, 2013 ("Plaintiff"), in the above-referenced commercial foreclosure action. We write with respect to this Court's Order dated April 26, 2024, scheduling a status conference for May 3, 2024 at 10:00 a.m. (the "Scheduling Order"). <u>See</u> ECF No. 28.

      Pursuant to that certain Final Judgment dated July 31, 2023 and entered on July 31, 2023 (the "Judgment"), the court appointed referee William C. Colucci, Esq. auctioned off the premises on January 23, 2024 at public auction. The premises were then and there struck off to Plaintiff, for the sum of $6,000,000.00, that being the highest sum bid. There have been several delays in transferring title because of questions raised about a survey of the premises, which is a complex office park. While Plaintiff has resolved these issues, the delays have prevented completion of the transfer of the deed. Plaintiff anticipates this will be complete by May 17, 2024.

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey

#502005635_v2 527548.00083

The Hon. Alvin K. Hellerstein U.S.D.J.
May 1, 2024
Page 2

      Accordingly, it is respectfully requested that the court schedule a status conference on or after May 17, 2024, at which time the parties will report to Your Honor the status of the foreclosure sale.

      Respectfully submitted,

      **HOLLAND & KNIGHT LLP**
      *Attorneys for Plaintiff*

By: s/Keith M. Brandofino
      Keith M. Brandofino, Esq.

cc: All parties of record by email

#502005635_v2 527548.00083