# Holland & Knight

787 Seventh Ave | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Keith M. Brandofino
+1 212-751-3171
Keith.Brandofino@hklaw.com

May 29, 2024

> The conference scheduled for May 31, 2024 is cancelled.  The Clerk shall terminate all open motions and mark the case closed.
>
> SO ORDERED
>
> /s/ Alvin K. Hellerstein
> U.S.D.J.
> May 29, 2024

*Via ECF*

The Hon. Alvin K. Hellerstein U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *U.S. Bank, National Association, as Trustee, etc. v. West Mall Office Park*
      Civil Case No. 22-cv-06429-AKH
      Request for Adjournment of May 31, 2024 Status Conference

Dear Judge Hellerstein:

We are counsel to plaintiff U.S. Bank, National Association, as Trustee for the Benefit of the Registered Holders of WFRBS Commercial Mortgage Trust 2013-C16, Commercial Mortgage Pass-Through Certificates, Series 2013-C16, acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of September 1, 2013 ("Plaintiff"), in the above-referenced commercial foreclosure action.

We write to inform the Court that title was transferred to the successful bidder on May 20, 2024, as attested in the Referee's Report of Sale. See ECF No. 32. Accordingly, it is respectfully requested that the court adjourn or dispense of the status conference scheduled for May 31, 2024, as the foreclosure sale has concluded.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Attorneys for Plaintiff*

By:   /s/
      Keith M. Brandofino, Esq.

cc: All parties of record by email

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey

#503407318_v1 527548.00083